UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HOLLIE JAMES BROADUS, | Case No. 2:13-cv-01457-JAD-PAL |
|---|---|
| Plaintiff, | REPORT OF FINDINGS AND RECOMMENDATION |
| v. | |
| ORANFIELD, et al., | |
| Defendants. | |

This matter is before the court on Plaintiff Hollie James Broadus' failure to comply with the court's Order to Show Cause (Dkt. #15) and Local Special Rule 2-2.

On June 4, 2014, the court entered an Order to Show Cause based on Plaintiff's failure to comply with LSR 2-2, which requires a plaintiff proceeding in forma pauperis to keep the court apprised of his or her current address. It also warns that failure to comply with the rule may result in dismissal of the action with prejudice. The Order to Show Cause directed Broadus to show cause in writing no later than June 30, 2014, why this case should not be dismissed for his failure to comply with LSR 2-2. Broadus did not comply or request an extension of time to comply.

Broadus' failure to comply with the court's Order to Show Cause is an abusive litigation practice that has interfered with the court's ability to hear this case, delayed litigation, disrupted the court's timely management of its docket, wasted judicial resources, and threatened the integrity of the court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Broadus has refused to comply with the court's Order to Show Cause and the Local Rules of Practice.

/ / /

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's Complaint (Dkt. #3) be DISMISSED unless Broadus updates his address with the court by **August 11, 2014.**

Dated this 9th day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court.  Pursuant to Local Rule of Practice IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.