# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hollie James Broadus,<br><br>Plaintiff,<br><br>v.<br><br>Officer Oranfield,<br><br>Defendant. | Case No.: 2:13-cv-1457-JAD-PAL<br><br>**Order re**<br>**[Docs. 17]** |

On June 4, 2014, the Court issued an order to show cause why this case should not be dismissed for Plaintiff Hollie James Broadus's violation of Local Special Rule 2-2, which requires him to immediately notify the court of any change in his address. Doc. 15. On July 11, 2014, Magistrate Judge Peggy Leen issued a Report and Recommendation that recommended this action be dismissed unless plaintiff updated his address by August 11, 2014. Doc. 17. August 11th passed without any notice of updated address—or any communication whatsoever—from Mr. Broadus. Any objections to Judge Leen's report were due July 24, 2014; no objection was filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, and with good cause appearing, Magistrate Leen's Findings and Recommendations [#17] are hereby ADOPTED;

**IT IS HEREBY ORDERED** that this action is DISMISSED. The Clerk of Court is directed to close this case.

Dated: August 15, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE